**SO ORDERED.**

# TIFFANY & BOSCO
### P.A.

Dated: November 03, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22584

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-17379-CGC |
| Ethel Denise Anderson<br>        Debtor. | Chapter 7 |
| U.S. Bank, National Association | ORDER FOR ABANDONMENT |
|         Movant,<br>vs. | (Related to Docket #57) |
| Ethel Denise Anderson, Debtor; S. William Manera, Trustee. | |
|         Respondents | |

On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

16743 N. 181st Dr.
Surprise AZ 85388

and legally described as:
LOT 146, SURPRISE FARMS PHASE 3, PARCEL 1, ACCORDING TO BOOK 709 OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA.